Núms. 7204, 7205.—MIGUEL, apldo. *v.* ÁLVAREZ, ET ALS., apltes.— SALIM, etc., apldos. *v.* ÁLVAREZ, ET ALS., apltes.—C. D. San Juan. Mayo 24, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, los casos del epígrafe fueron vistos conjuntamente ante esta Corte, por estar seguidos contra los mismos demandados y referirse a las mismas cuestiones de hecho y de derecho, sin asistencia de las partes;

POR CUANTO, el único error que se imputa a la Corte sentenciadora en cada uno de dichos casos, es el de no haber impuesto a los demandantes el pago de las costas del litigio;

POR CUANTO, la corte sentenciadora tiene facultad discrecional para imponer o no las costas a la parte perdidosa; y del examen que hemos hecho de los autos no aparece que la corte inferior haya abusado de su discreción al negarse a conceder las costas a los demandados apelantes;

POR LO TANTO, se confirman las sentencias dictadas por la Corte de Distrito de San Juan en los casos núms. 14,867 y 14,869 en mayo 16, 1935.